IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRIUNE HEALTH GROUP, INC, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 1:12-cv-06756<br>)<br>) |
| v. | )<br>) |
| SYLVIA M. BURWELL, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

## **JOINT MOTION TO CONTINUE STATUS CONFERENCE**

The parties, through undersigned counsel, jointly move to postpone by thirty days, or until a time that it otherwise convenient for the Court, the status conference currently scheduled for February 24, 2015. The parties continue to negotiations in an attempt to resolve this matter without further involvement by the Court. The parties respectfully submit that postponement of the currently scheduled status conference would further those negotiations and would conserve the resources of the Court and the parties. The parties respectfully ask that the status conference be rescheduled for a time that is convenient for the Court, not less than thirty days after February 24, 2015.

Respectfully submitted this 23rd day of February, 2015,

| | |
|---|---|
| */s/ Kevin Edward White* | JOYCE R. BRANDA |
| KEVIN EDWARD WHITE | Acting Assistant Attorney General |
| Attorney at Law | |
| KEVIN EDWARD WHITE & ASSOCIATES | KATHLEEN HARTNETT |
| 77 West Wacker Drive | Deputy Assistant Attorney General |
| Suite 4800 | |
| Chicago, IL 60601 | ZACHARY T. FARDON |
| Tel: (312) 606-8602 | United States Attorney |
| Email: kwhite@kevinedwardwhiteassociates.com | |
| | JENNIFER RICKETTS |
| *Attorney for Plaintiffs* | Director, Federal Programs Branch |
| | |
| | SHEILA M. LIEBER |
| | Deputy Director |

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, D.C. 20001
Tel: (202) 514-3367; Fax: (202) 616-8470
Email: bradley.p.humphreys@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS