IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| TRIUNE HEALTH GROUP, INC., *et al.*, ) ) Plaintiffs, ) ) v. ) ) SYLVIA M. BURWELL, *et al.*, ) ) Defendants. ) | Case No. 1:12-cv-06756 |

## NOTICE OF APPEARANCE

The Clerk of the Court will please take notice of the appearance of Michelle R. Bennett as counsel for defendants Secretary Burwell, Secretary Perez, Secretary Lew, the Department of Health and Human Services, the Department of Labor, and the Department of the Treasury in this action:

    Michelle R. Bennett
    Trial Attorney
    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Avenue N.W., Room 7310
    Washington, D.C. 20530
    Tel: (202) 305-8902
    Fax: (202) 616-8470
    Email: michelle.bennett@usdoj.gov

Respectfully submitted this 13th day of March, 2015,

        BENJAMIN C. MIZER
        Acting Assistant Attorney General

        ZACHARY T. FARDON
        United States Attorney

        JENNIFER RICKETTS
        Director

        SHEILA M. LIEBER
        Deputy Director

        /s/ Michelle R. Bennett
        MICHELLE R. BENNETT (CO Bar No. 37050)
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue N.W.  Room 7310
        Washington, D.C.  20530
        Tel: (202) 305-8902
        Fax: (202) 616-8470
        Email: michelle.bennett@usdoj.gov

        Attorneys for Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

    /s/ Michelle R. Bennett
MICHELLE R. BENNETT
Trial Attorney