IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| TRIUNE HEALTH GROUP, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALEX M. AZAR II, in his official capacity ) <br> as Secretary of Health and Human ) <br> Services, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 1:12-cv-06756 |

**DEFENDANTS' SUPPLEMENTAL REPLY IN SUPPORT OF
MOTION TO DISMISS FOR LACK OF JURISDICTION**

Defendants submit this supplemental reply pursuant to the Court's June 6, 2018 Minute Order, ECF No. 157.

As defendants explained in their prior briefing, *see* ECF Nos. 147, 153, this case should be dismissed as moot under *Ozinga v. Price*, 855 F.3d 730 (7th Cir. 2017). The rule that plaintiffs challenge here was revised after *Burwell v. Hobby Lobby Stores, Inc.*, 134 S. Ct. 2751 (2014), to provide an accommodation process for religious objectors like plaintiffs, and plaintiffs chose not to amend their complaint to challenge that process. Under similar circumstances in *Ozinga*, the Seventh Circuit determined that the case was moot. 855 F.3d at 733-35. So is this case.

The Court has now given plaintiffs multiple opportunities to respond to defendants' motion to dismiss. After plaintiffs missed their original February 20, 2018 deadline, and failed to ask for an extension of time before that deadline, the Court granted plaintiffs' motion for additional time in which to file a response. *See* Minute Entry, ECF No. 157 (requiring plaintiffs to file a response by June 29, 2018). Plaintiffs, however, again failed to file a response by this extended deadline or

to ask for more time to do so. Defendants' motion to dismiss—which was filed on December 1, 2017—has now gone unopposed for more than seven months.

Because *Ozinga* is controlling and plaintiffs have (repeatedly) made no effort to distinguish it, the Court should grant defendants' motion to dismiss "without further hearing." LR 78.3; *see, e.g.*, *Kirksey v. R.J. Reynolds Tobacco Co.*, 168 F.3d 1039, 1041 (7th Cir. 1999).

Respectfully submitted this 13th day of July, 2018,

        ETHAN P. DAVIS
        Deputy Assistant Attorney General

        JENNIFER D. RICKETTS
        Director, Federal Programs Branch

        /s/ Michelle R. Bennett
        MICHELLE R. BENNETT (CO Bar No. 37050)
        Senior Trial Counsel
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue N.W., Room 7310
        Washington, D.C. 20530
        Tel: (202) 305-8902; Fax: (202) 616-8470
        Email: michelle.bennett@usdoj.gov
        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

      /s/ Michelle R. Bennett
      MICHELLE R. BENNETT